IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

K. E. JERVI,

     Plaintiff,                         No. CIV S-07-2559 LKK KJM PS

     vs.

CINDY BRITTON,

     Defendant.                      FINDINGS AND RECOMMENDATIONS

_____/

        Plaintiff has filed a notice of removal of a state proceeding involving plaintiff's request for an order restraining defendant from obtaining a passport for their child. Under 28 U.S.C. § 1446(a), only defendants are authorized to remove a state action to federal court. This action was therefore improvidently removed. Moreover, the state action involves a domestic dispute regarding a joint custody agreement over which this court has no jurisdiction. Exercise of jurisdiction by this court would impinge upon the state court's ability to supervise the custody of the minor child. Thus, even if removal were proper, this court should abstain from exercising jurisdiction. See generally McIntyre v. McIntyre, 771 F.2d 1316, 1319 (9th Cir. 1985).

        Accordingly, IT IS HEREBY RECOMMENDED that the above-entitled action be summarily remanded to the Superior Court of California, County of Sacramento.

/////

1

1    These findings and recommendations are submitted to the United States District
2 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
3 days after being served with these findings and recommendations, any party may file written
4 objections with the court and serve a copy on all parties.  Such a document should be captioned
5 "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
6 shall be served and filed within ten days after service of the objections.  The parties are advised
7 that failure to file objections within the specified time may waive the right to appeal the District
8 Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
9 DATED: December 17, 2007.

_____
U.S. MAGISTRATE JUDGE

006
jervi.rem